IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WONDIYRAD KABEDE,                              No. C 10-2584 TEH (PR)

        Plaintiff,

    v.                                         ORDER OF DISMISSAL

JOHN DOE,

        Defendant.
_____/

On June 11, 2010, Plaintiff, a prisoner presently incarcerated at Pelican Bay State Prison and frequent litigant in both state and federal court, filed a letter with the Court. Doc. #1. The Court Clerk notified Plaintiff in writing at that time that because he neither filed a formal civil rights complaint under 42 USC § 1983 using the court-approved form nor did he pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official, the action was deficient.

1  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to
2  file the requested items within thirty (30) days would result in
3  dismissal of the action.  Doc. ## 2 & 3.
4          Over forty (40) days have elapsed since Plaintiff was
5  notified of his filing deficiencies; however, he has neither
6  provided the Court with the requisite items nor filed a request for
7  an extension of time to do so.  The action, therefore, is DISMISSED
8  without prejudice.
9          The Clerk is directed to terminate all pending motions as
10 moot and close the file.

          IT IS SO ORDERED.

DATED   7/22/10                    _____
                                   THELTON E. HENDERSON
                                   United States District Judge

G:\PRO-SE\TEH\CR.10\Kabede-10-2584-no complaint-no ifp-dismissal.wpd